UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 06-60320-CR-COHN/SNOW

UNITED STATES OF AMERICA,
    *Plaintiff,*

vs.

QUENELL ARCHER, et. al.
    *Defendant*
_____/

## ORDER

THIS MATTER having come before the Court on Defendant Quenell Archer's Motion To Modify Conditions Of Bond, the Court having reviewed the motion and noting that the assigned AUSA and pre-trial services officer have no objection to the motion, and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the motion be GRANTED.

Defendant's conditions of bond shall be modified to allow Defendant to change his residential address to 425 N.W. 1st Terrace, Apt. 301, Deerfield Beach, Fl 33441. All other conditions of bond shall remain unchanged until further order of this Court.

DONE AND ORDERED, at Ft. Lauderdale, Florida, this 13th day of February, 2007.

LURANA S. SNOW
U.S. MAGISTRATE JUDGE

Copies to:

AUSA Jennifer Keene (FTL)
Allan Kaiser, Esq.
Probation